ANNIE BROWN v. BURLINGTON INDUSTRIES, INC.

No. 206PA89

(Filed 1 March 1990)

ON defendant's petition for discretionary review of the decision of the Court of Appeals, 93 N.C. App. 431, 378 S.E.2d 232 (1989), which found no error in the judgment of *Morgan, J.,* at the 18 December 1987 Session of Superior Court, ROCKINGHAM County. Heard in the Supreme Court 12 February 1990.

*Kennedy, Kennedy, Kennedy and Kennedy, by Harvey L. Kennedy, Harold L. Kennedy, III, and Annie Brown Kennedy, for plaintiff-appellee.*

*Smith Helms Mullis & Moore, by McNeill Smith, Michael A. Gilles, and Julie C. Theall, for defendant-appellant.*

*Lonnie B. Williams, Immediate Past President; and Young, Moore, Henderson & Alvis, P.A., by Walter E. Brock, Jr., and E. Knox Proctor, for amicus curiae, North Carolina Association of Defense Attorneys.*

*Anne M. Fishburne for amicus curiae NC Equity.*

*Smith, Patterson, Follin, Curtis, James, Harkavy & Lawrence, by Martha A. Greer and Heidi G. Chapman, for North Carolina Association of Women Attorneys; J. Wilson Parker, Wake Forest University School of Law, and Tharrington, Smith & Hargrove, by Wade M. Smith and Burton Craige, for North Carolina Academy of Trial Lawyers, amici curiae.*

PER CURIAM.

Discretionary review improvidently allowed.